■ CELESTE SWIETLIK, Respondent, v TOWN OF HAMBURG, Appellant. [978 NYS2d 707]—Appeal from an order of the Supreme Court, Erie County (John F. O'Donnell, J.), entered February 19, 2013. The order denied the motion of defendant for summary judgment dismissing the complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Centra, J.P., Peradotto, Carni and Sconiers, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PEDRO RAMOS-ROMAN, Also Known as EDGAR, Appellant. [976 NYS2d 918]—Appeal from a judgment of the Supreme Court, Erie County (M. William Boller, A.J.), rendered July 21, 2011. The judgment convicted defendant, upon his plea of guilty, of manslaughter in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him upon his plea of guilty of manslaughter in the first degree (Penal Law § 125.20 [1]). We agree with defendant that the oral and written waivers of his right to appeal from his conviction of that crime do not encompass his challenge to the severity of his sentence and thus do not foreclose our review of that challenge (*see People v Maracle*, 19 NY3d 925, 927-928 [2012]). We nevertheless conclude that the sentence is not unduly harsh or severe. Present—Smith, J.P., Fahey, Lindley, Valentino and Whalen, JJ.